445 A.2d 234

Commonwealth v. Price, Appellant.

Argued November 9, 1981.  Paul R. Gettleman, for appellant;  John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The order entered March 21, 1981 is affirmed.

445 A.2d 234

Commonwealth v. Tolbert, Appellant.
Petition for Allowance of Appeal Denied June 22, 1982.

Argued February 1, 1981.  Dennis J. Cogan, for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Judgment of sentence affirmed.